

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-13-00072-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th Judicial District Court |
| ROCIO ROMERO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D01434) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the order, dated February 20, 2013, quashing a portion of the indictment. We therefore reverse the order and remand the cause for trial, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge, Sitting by Assignment